# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

BURGER KING BRANDS, INC.,

   Plaintiff,

  v.

STEVEN NEWMAN,

   Defendant.



02-23222

CIV-GRAHAM

MAGISTRATE JUDGE
GARBER

## COMPLAINT

Burger King Brands, Inc. ("Burger King Brands") ("Plaintiff"), alleges the following in support of its claims against Steven Newman ("Defendant").

## NATURE OF THE ACTION

1.  This is an action for trademark infringement, dilution, unlawful domain name registration, and cybersquatting with respect to Plaintiff's famous and distinctive trademark, BURGER KING (the "Mark"). Defendant has unlawfully misappropriated and exploited Plaintiff's Mark by using the Mark and registering the domain name "WWWBURGERKING.COM" (the "Domain Name"). Defendant is using the Domain Name in connection with the sale of products. Defendant's use of the Mark and WWWBURGERKING.COM domain name has damaged and continues to irreparably damage Plaintiff's hard-earned reputation in the food service retailing industry.

1

## THE PARTIES

2.      Plaintiff is a Delaware corporation, having its principal place of business at The Waterford Building, 5505 Blue Lagoon Drive, Miami, Florida 33126.

3.      Upon information and belief, Defendant, Steven Newman, is located at 6215 Cheena, Houston, Texas 77096.

## JURISDICTION AND VENUE

4.      Pursuant to 15 U.S.C. §§ 1051-1127, 15 U.S.C. § 1121(a), 28 U.S.C. §§ 1331 and 1338(a), this Court has subject matter jurisdiction over this action. This action arises under 15 U.S.C. §§ 1114 and 1125, and involves Defendant's unauthorized use, dilution, and domain name registration in commerce, of a federally registered trademark owned by Plaintiff. Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over all state claims asserted herein, as these claims are so related to the claims within this Court's jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

5.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2), or, in the alternative, § 1391(b)(3).

6.      This Court has personal jurisdiction over Defendant pursuant to Fla. Stat. § 48.193 (the "Florida Long Arm Statute"), because Defendant's maintenance and use of the WWWBURGERKING.COM domain name, which solicits consumers to purchase merchandise and/or access other web pages, constitutes tortious and unlawful actions causing injury to Burger King Brands within Florida.

## GENERAL ALLEGATIONS

7.      Plaintiff Burger King Brands is a wholly owned subsidiary of Miami-based Burger King Corporation.

2

8.      Plaintiff has been using the "Burger King" trademark continuously since 1954. The mark has been used to indicate the source of, origin of, and to identify the goods and services of Plaintiff and Burger King Corporation throughout the United States and many foreign countries at more than 11,450 franchised or company owned restaurants.  Plaintiff has invested substantial resources in its use of the Mark, and has developed substantial goodwill associated with this Mark.

9.      Since the inception of Plaintiff's use of the Mark, Plaintiff has spent millions of dollars and has expended extensive effort in promoting its food products and services under the "Burger King" trademark. As a result of Plaintiff's long, exclusive and continuous use, advertisement, and promotion of the Mark in interstate commerce:

a.      Plaintiff has developed substantial and valuable goodwill associated with the Mark in the minds of consumers throughout the United States and Florida;

b.      Plaintiff has established exclusive common law ownership of the Mark in connection with its goods and services; and

c.      The Mark has become so widely known and distinctive of Plaintiff's goods and services as to now constitute a famous mark.

10.     Burger King is the owner of numerous trademark/service mark registrations containing the phrase "Burger King" (the "Burger King Marks").  A representative sample of the Burger King Marks that involve food products and services are the subject of the following United States trademark registrations, owned and maintained by Plaintiff:

3

| EXHIBIT | MARK | REGISTRATION NO. | ISSUE DATE | GOODS/SERVICES |
|---|---|---|---|---|
| A | **BURGER KING** | 869,775 | 5/20/69 | Soft drinks ; hamburger sandwiches |
| B | BURGER KING | 901,311 | 10/20/70 | Restaurant services |
| C | BURGER KING | 961,014 | 6/12/73 | Soft drinks ;   hamburger sandwiches |
| D | Have it your way BURGER KING | 1,057,976 | 2/1/77 | Restaurant and carry-out food services |
| E | BURGER KING | 1,057,250 | 1/25/77 | Restaurant and carry-out food services |
| F | **BURGER KING** | 1,076,177 | 10/25/77 | Restaurant and carry-out food services |
| G | THE BURGER KING | 1,116,195 | 4/3/79 | Entertainment services, namely performing magic tricks for children at birthday parties; restaurant services, including carry-out |
| H | Make it special, make it Burger King | 1,165,059 | 8/11/81 | Restaurant services |
| I | BURGER KING | 2,004,052 | 10/1/96 | Children's activity books, magazines, pamphlets, brochures and newsletters featuring cartoons, general information tips, promotional materials, contests and discount coupons; calendars, postcards, paper napkins, posters, paper party hats and printed invitations; t-shirts, party favors, etc; restaurant services |

These registrations are prima facie evidence of Plaintiff's exclusive ownership of the Burger King Marks.

11.     In connection with promoting its food products and services, Plaintiff maintains an Internet web site on the World Wide Web under the domain name "BURGERKING.COM." Plaintiff registered its BURGERKING.COM domain name with Network Solutions (now Verisign) on November 14, 1994. Plaintiff's BURGERKING.COM web site has been continuously available on the World Wide Web since at least as early as 1997.

12.     Upon information and belief, Defendant registered the domain name WWWBURGERKING.COM with Go Daddy Software, Inc., on August 27, 2002. Copies of the WHOIS search results from the Verisign/Network Solutions, Inc. domain name registry are attached collectively as Exhibit J.    The WHOIS search results show Defendant as the administrative, technical, and billing contact for the Domain Name.

13.     On August 28, 2002, Plaintiff received an unsolicited e-mail from Defendant advising   Plaintiff   of   Defendant's   "recent"   acquisition   of   the   Domain   Name WWWBURGERKING.COM. Defendant asked if Plaintiff would be interested in purchasing the domain name before it was offered for sale to Plaintiff's competitors. A copy of Defendant's e-mail is attached as Exhibit K.

14.     Plaintiff's Counsel wrote to Defendant on September 10, 2002, requesting that Defendant cease and desist using the WWWWBURGERKING.COM domain name and requesting the immediate transfer of the domain name. A copy of Plaintiff's letter is attached as Exhibit L.  Defendant did not respond to Plaintiff Counsel's cease and desist letter.  Rather, Defendant again directly e-mailed Plaintiff that Defendant was "NOT going to give [Plaintiff] this domain name" and demanded "$500 or $1250 in Burger King gift certificates." A copy of Defendant's e-mail is attached as Exhibit M.

15.     Defendant has no authority or right to use the "BURGER KING" mark for any purpose. Defendant has improperly used and continues to improperly use the Mark, and the WWWBURGERKING.COM domain name in connection with the sale of products.

16.     Defendant's unauthorized use of the Mark in connection with the sale of products and harmful to Plaintiff's business, the Burger King marks, and the goodwill associated therewith.

17.     Defendant began its unauthorized and illegal activities long after Plaintiff's first use of the Mark and BURGERKING.COM domain name.

18.     Upon information and belief, Defendant's aforesaid use of the Mark and the registration and use of the WWWBURGERKING.COM domain name have damaged Plaintiff's business, the goodwill in its marks, and Plaintiff's reputation as a provider of reasonably priced, quality food, served quickly, in attractive and clean surroundings.   Unless Defendant's unauthorized and infringing uses of the Mark, the Domain Name, and web site are stopped immediately, the damage to Plaintiff will be irreparable.

### COUNT I

### INFRINGEMENT OF REGISTERED TRADEMARKS

19.     Plaintiffs reallege and incorporate herein the allegations set forth in paragraphs 1 through 18 above.

20.     Plaintiff is the registrant of the BURGER KING Mark as recited above.

21.     Plaintiff has not consented to Defendant's use of the Mark and WWWBURGERKING.COM domain name.

6

22.     Defendant has, without the consent of Plaintiff, used in commerce a reproduction, counterfeit, copy, or colorable imitation of the registered Mark in connection with the sale, offering for sale, distribution, or advertising of goods or services.

23.     Defendant has reproduced, copied or colorably imitated Plaintiff's registered Mark and has been using such mark in commerce and in connection with the sale, offering for sale, distribution, or advertising of goods or services.

24.     Defendant's unauthorized use of the Mark and the WWWBURGERKING.COM domain name have caused, and will continue to cause, confusion, mistake, or deception in violation of 15 U.S.C. § 1114.

25.     As a direct and proximate result of Defendant's violations of 15 U.S.C. § 1114, Plaintiff has suffered, and will continue to suffer, substantial and irreparable harm.

## COUNT II

### FALSE DESIGNATION OF ORIGIN

26.     Plaintiff realleges and incorporates herein the allegations set forth in Paragraphs 1 through 18 above.

27.     Defendant has used and is presently using the Mark and Domain Name in connection with the sale of products and the solicitation of contributions to charitable organizations in a fashion that is likely to cause confusion, mistake, or deception among consumers and potential customers of Plaintiff as to the affiliation, connection, or association of Plaintiff with Defendant, or as to the origin, sponsorship, or approval of the goods provided by Defendant.

7

28.     Defendant's unauthorized use and misappropriation of Plaintiff's Mark and the confusingly similar Domain Name are likely to cause confusion, mistake and deception in violation of 15 U.S.C. § 1125(a).

29.     As a direct and proximate result of Defendant's violations of 15 U.S.C. § 1125(a), Plaintiff has suffered, and will continue to suffer, substantial and irreparable harm.

## COUNT III

## FEDERAL TRADEMARK DILUTION

30.     Plaintiff realleges and incorporates herein the allegations set forth in Paragraphs 1 through 18 above.

31.     Defendant's aforesaid acts dilute Plaintiff's famous Mark, insofar as Defendant's use of the Mark and Domain Name lessens the quality of the famous Mark used to identify and distinguish Plaintiff's goods and services.

32.     As a direct and proximate result of Defendant's violations of 15 U.S.C. § 1125(c), Plaintiff has suffered, and will continue to suffer, substantial and irreparable harm.

## COUNT IV

## CYBERPIRACY

33.     Plaintiff realleges and incorporates herein the allegations set forth in Paragraphs 1 through 18 above.

34.     With a bad faith intent to profit therefrom, Defendant registered and is presently using the domain name WWWBURGERKING.COM which is confusingly similar to, and dilutive of, Plaintiff's famous and distinctive "BURGER KING" trademark and domain name.

35.     Upon information and belief, Defendant selected a domain name similar to Plaintiff's preexisting and famous Mark and domain name with a bad faith intent to profit from

the confusion, mistake, and deceit that are likely to result from Defendant's use of the Domain Name. As a result, Defendant's use of the Domain Name violates 15 U.S.C. § 1125(d).

36.     As a direct and proximate result of Defendant's violations of 15 U.S.C. § 1125(d), Plaintiff has suffered, and will continue to suffer, substantial and irreparable harm.

## COUNT V

## COMMON LAW TRADEMARK INFRINGEMENT

37.     Plaintiff reallges and incorporates herein the allegations set forth in Paragraphs 1 through 18 above.

38.     Pursuant to Florida common law, Plaintiff has established exclusive ownership of the "BURGER KING" trademark in Florida for use in the food service retailing industry.

39.     Defendant's unauthorized use and misappropriation of Plaintiff's Mark and the confusingly similar Domain Name violates Plaintiff's common law rights.

40.     As a direct and proximate result of Defendant's unauthorized use and misappropriation of the Mark and the confusingly similar Domain Name, Plaintiff has suffered, and will continue to suffer, substantial and irreparable harm.

## COUNT VI

## COMMON LAW UNFAIR COMPETITION

41.     Plaintiff realleges and incorporates herein the allegations set forth in Paragraphs 1 through 18 above.

42.     The aforesaid acts of Defendant constitute unfair competition and misappropriation of Plaintiff's rights under the common law of the State of Florida in that such acts permit, and will continue to permit, Defendant's unauthorized use and benefit of Plaintiff's BURGER KING Mark.

9

43.     Defendant's use of the Mark and confusingly similar Domain Name constitute unfair competition, unjust enrichment, and misappropriation in violation of the common law of the State of Florida.   As a direct and proximate result of Defendant's unauthorized use and misappropriation of the Mark and the confusingly similar Domain Name, Plaintiff has suffered, and will continue to suffer, substantial and irreparable harm.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that:

A.     Defendant, its agents, servants, employees, franchisees, licensees, and attorneys, and all others in active concert or participation with Defendant, be enjoined and restrained, during the pendency of this action and permanently thereafter from:

1. Using the WWWBURGERKING.COM domain name, or any other marks or names that are confusingly similar to, or a colorable imitation of, Plaintiff's BURGER KING Mark; and

2. Doing any other act or thing likely to, or calculated to, induce the belief that Defendant or the Defendant's business or goods are in any way affiliated, connected, or associated with Plaintiff's or Plaintiff's products, services, or business.

3. Transferring    the    ownership    or    control    of    the "WWWBURGERKING.COM" Domain Name to any party other than Plaintiff.

B.     Defendant's Internet Service Provider be required to immediately shut down the Internet site located at WWWBURGERKING.COM.

C.     Defendant be required to forever refrain from using BURGER KING character strings, or any colorable imitation thereof, as all or part of directory names, Uniform Resource Locators ("URLs") for web sites, or other such Internet addresses, as telephone numbers, as hidden web site code, as links, key words for the retrieval of data or information through Internet search engines or directories, meta-tags, e-mail addresses, or other such electronic identifiers.

D.     Pursuant to 15 U.S.C. § 1125(d)(1)(C), ordering forfeiture, cancellation, or transfer to the Plaintiff of the Defendant's WWWBURGERKING.COM domain name, at the election of Plaintiff.

E.     Pursuant to 15 U.S.C. § 1117(d), awarding statutory damages in the amount of $100,000 per domain name for unauthorized use of the WWWBURGERKING.COM domain name.

F.     Pursuant to 15 U.S.C. § 1116, ordering Defendant to file with the Court and serve on Plaintiff within thirty (30) days after service on Defendant of the requested permanent, or preliminary injunction orders, a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the injunctions.

G.     Finding that this is an exceptional case under 15 U.S.C. § 1117(a), and/or that Defendant's conduct is intentional, vexatious, fraudulent, and in bad faith and, accordingly, awarding Plaintiff's reasonable attorney's fees.

H.     Awarding Plaintiff judgment for all compensatory damages suffered by Plaintiff as a result of Defendant's illegal and unauthorized actions, in an amount to be determined, and for all costs incurred by Plaintiff in connection with this action.

I.      Awarding Plaintiff prejudgment and post-judgment interest on all amounts awarded.

J.      Defendant be required to pay Plaintiffs, at Plaintiffs' election, profits and damages or statutory damages, and costs and attorneys fees, in accordance with Section 35 of the Trademark Act, 15 U.S.C. § 1117.

K.      Granting Plaintiff such further relief as this Court deems just and proper.

GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for Plaintiff
Bank of America Tower
100 S.E. 2nd Street, 36th Floor
Miami, Florida 33131
Phone (305) 349-2300 (telephone)
Fax (305) 349-2310 (fax)

By _____
    MICHAEL D. JOBLOVE
    Fla. Bar No. 354147

COLLIER SHANNON SCOTT
Patrick J. Coines
James M. Pacious
Washington Harbour, Suite 400
3050 K Street, NW
Washington, D.C.  20007

12



UNITED STATES PATENT AND TRADEMARK OFFICE

**Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Sep 19 04:31:28 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ]  OR  Jump | to record: [        ]  **Record 35 out of 35**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | **BURGER KING** |
| **Goods and Services** | IC 032. US 045. G & S: SOFT DRINKS OF ALL VARIETIES. FIRST USE: 19530728. FIRST USE IN COMMERCE: 19550605 |
| | IC 029. US 046. G & S: HAMBURGER SANDWICHES. FIRST USE: 19530728. FIRST USE IN COMMERCE: 19550605 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72306090 |
| **Filing Date** | September 9, 1968 |
| **Registration Number** | 0869775 |
| **Registration Date** | May 20, 1969 |
| **Owner** | (REGISTRANT) BURGER KING CORPORATION CORPORATION FLORIDA 7100 N. KENDALL DRIVE MIAMI FLORIDA 33156 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | NICHOLAS LAMBROS |
| **Prior Registrations** | 0722375 |
| **Disclaimer** | APPLICANT DISCLAIMS THE WORD "BURGER" APART FROM THE MARK |

EXHIBIT
tabbies
*A*

|                        | AS SHOWN, WITHOUT SACRIFICING ANY COMMON LAW RIGHTS. |
|------------------------|------------------------------------------------------|
| **Type of Mark**       | TRADEMARK                                            |
| **Register**           | PRINCIPAL                                            |
| **Affidavit Text**     | SECT 15.                                             |
| **Renewal**            | 1ST RENEWAL 19890520                                 |
| **Live/Dead Indicator**| **LIVE**                                            |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

TESS - Document Display                                                      Page 1 of 2



UNITED STATES PATENT AND TRADEMARK OFFICE

**Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Sep 19 04:31:28 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ]   OR   Jump | to record: [        ]   **Record 34 out of 35**

_____

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **BURGER KING** |
| **Goods and Services** | IC 042. US 100. G & S: RESTAURANT SERVICES, MORE SPECIFICALLY SELF-SERVICE RESTAURANTS. FIRST USE: 19681206. FIRST USE IN COMMERCE: 19690103 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 080501 |
| **Serial Number** | 72328416 |
| **Filing Date** | May 27, 1969 |
| **Registration Number** | 0901311 |
| **Registration Date** | October 20, 1970 |
| **Owner** | (REGISTRANT) BURGER KING CORPORATION CORPORATION FLORIDA 7100 N. KENDALL DRIVE MIAMI FLORIDA 33157 |
| | (LAST LISTED OWNER) BURGER KING BRANDS, INC. CORPORATION BY ASSIGNMENT DELAWARE 818 WASHINGTON STREET WILMINGTON |



EXHIBIT
*B*

|                          |                                                                                                          |
|--------------------------|----------------------------------------------------------------------------------------------------------|
|                          | DELAWARE 19801                                                                                           |
| **Assignment Recorded**  | ASSIGNMENT RECORDED                                                                                      |
| **Prior Registrations**  | 0722375;0869775                                                                                          |
| **Disclaimer**           | WITHOUT WAIVING COMMON LAW RIGHTS APPLICANT DISCLAIMS THE WORD "BURGER" APART FROM THE MARK AS SHOWN.    |
| **Type of Mark**         | SERVICE MARK                                                                                             |
| **Register**             | PRINCIPAL                                                                                                |
| **Affidavit Text**       | SECT 15. SECTION 8(10-YR) 20010226.                                                                      |
| **Renewal**              | 2ND RENEWAL 20010226                                                                                     |
| **Live/Dead Indicator**  | **LIVE**                                                                                                 |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC



UNITED STATES PATENT AND TRADEMARK OFFICE

**Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Sep 19 04:31:28 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [        ]  OR  Jump  to record: [        ]   **Record 33 out of 35**

---

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **BURGER KING** |
| **Goods and Services** | IC 032. US 045. G & S: SOFT DRINKS OF ALL VARIETIES. FIRST USE: 19681206. FIRST USE IN COMMERCE: 19690103 |
| | IC 029. US 046. G & S: HAMBURGER SANDWICHES. FIRST USE: 19681206. FIRST USE IN COMMERCE: 19690103 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 080501 261113 261121 |
| **Serial Number** | 72341566 |
| **Filing Date** | October 24, 1969 |
| **Registration Number** | 0961014 |
| **Registration Date** | June 12, 1973 |
| **Owner** | (REGISTRANT) BURGER KING CORPORATION CORPORATION FLORIDA 7100 N. KENDALL DRIVE MIAMI FLORIDA 33156 |

**EXHIBIT**

*C*

v/bin/showfield?f=doc&state=ft1e0v.3.33

(LAST LISTED OWNER) BURGER KING BRANDS, INC. CORPORATION
ASSIGNEE OF DELAWARE 818 WASHINGTON STREET WILMINGTON
DELAWARE 19801

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | EMILY PATRICK |
| **Prior Registrations** | 0722375;0869775 |
| **Disclaimer** | APPLICANT DISCLAIMS THE WORD "BURGER" APART FROM THE MARK AS SHOWN WITHOUT SACRIFICING ANY COMMON LAW RIGHTS. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19930510 |
| **Live/Dead Indicator** | **LIVE** |

PTO HOME  TRADEMARK  TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  TOP  HELP  PREV LIST
CURR LIST  NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC



UNITED STATES PATENT AND TRADEMARK OFFICE

**Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Sep 19 04:31:28 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [      ]  OR  Jump  to record: [      ]   **Record 32 out of 35**

Check Status  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | HAVE IT YOUR WAY **BURGER KING** |
| **Goods and Services** | IC 042. US 100. G & S: RESTAURANT AND CARRY-OUT RESTAURANT FOOD SERVICES. FIRST USE: 19731001. FIRST USE IN COMMERCE: 19731001 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 080501 |
| **Serial Number** | 73053043 |
| **Filing Date** | May 22, 1975 |
| **Registration Number** | 1057976 |
| **Registration Date** | February 1, 1977 |
| **Owner** | (REGISTRANT) BURGER KING CORPORATION CORPORATION FLORIDA 7360 N. KENDALL DRIVE MIAMI FLORIDA 33156 |
| | (LAST LISTED OWNER) BURGER KING BRANDS, INC. CORPORATION ASSIGNEE OF DELAWARE 818 WASHINGTON STREET WILMINGTON |



EXHIBIT

D

DELAWARE 9801

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | EMILY PATRICIOS |
| **Prior Registrations** | 0722375;0961016;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19970309 |
| **Live/Dead Indicator** | **LIVE** |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC



UNITED STATES PATENT AND TRADEMARK OFFICE

**Trademark Electronic Search System (TESS)**

*TESS was last updated on Sat Sep 21 04:10:50 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ]    OR    Jump | to record: [        ]    **Record 43 out of 49**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **BURGER KING** |
| **Goods and Services** | IC 042. US 100. G & S: RESTAURANT AND CARRY-OUT FOOD SERVICES. FIRST USE: 19690601. FIRST USE IN COMMERCE: 19690601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 080501 |
| **Serial Number** | 73076655 |
| **Filing Date** | February 9, 1976 |
| **Registration Number** | 1057250 |
| **Registration Date** | January 25, 1977 |
| **Owner** | (REGISTRANT) BURGER KING CORPORATION CORPORATION FLORIDA BISCAYNE FACILITY, P.O. BOX 520783 MIAMI FLORIDA 33152 |
| | (LAST LISTED OWNER) BURGER KING BRANDS, INC. CORPORATION ASSIGNEE OF DELAWARE 818 WASHINGTON STREET WILMINGTON DELAWARE 19801 |



EXHIBIT
E

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | EMILY PATRICIOS |
| **Prior Registrations** | 0722375;0961014;AND OTHERS |
| **Disclaimer** | APPLICANT DISCLAIMS ANY RIGHTS IN THE WORD "BURGER" SEPARATE AND APART FROM THE MARK AS SHOWN, BUT WITHOUT RELINQUISHING ANY OF ITS COMMON LAW RIGHTS. |
| **Description of Mark** | THE DRAWING IS LINED FOR THE COLORS RED AND ORANGE. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19970213 |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC



UNITED STATES PATENT AND TRADEMARK OFFICE

**Trademark Electronic Search System (TESS)**

*TESS was last updated on Sat Sep 21 04:10:50 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [          ]   OR   Jump | to record: [          ]   **Record 41 out of 49**

Check Status | *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

# BURGER KING

| | |
|---|---|
| **Word Mark** | **BURGER KING** |
| **Goods and Services** | IC 042. US 100. G & S: RESTAURANT AND CARRY-OUT FOOD SERVICES. FIRST USE: 19701101. FIRST USE IN COMMERCE: 19701101 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73114231 |
| **Filing Date** | January 31, 1977 |
| **Registration Number** | 1076177 |
| **Registration Date** | October 25, 1977 |
| **Owner** | (REGISTRANT) BURGER KING CORPORATON CORPORATION FLORIDA BISCAYNE FACILITY, P.O. BOX 520783 MIAMI FLORIDA 33152 |
| | (LAST LISTED OWNER) BURGER KING BRANDS, INC. CORPORATION ASSIGNEE OF DELAWARE 818 WASHINGTON STREET WILMINGTON DELAWARE 19801 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |



EXHIBIT
F

| | |
|---|---|
| **Attorney of Record** | EMILY PATRICIOS |
| **Prior Registrations** | 0722375;1057250;AND OTHERS |
| **Disclaimer** | APPLICANT DISCLAIMS EXCLUSIVE RIGHTS IN THE WORD "BURGER" APART FROM THE MARK AS SHOWN. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19970716 |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |



UNITED STATES PATENT AND TRADEMARK OFFICE

**Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Sep 19 04:31:28 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [    ] OR Jump | to record: [    ] **Record 29 out of 35**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | THE **BURGER KING** |
| **Goods and Services** | IC 041. US 107. G & S: ENTERTAINMENT SERVICES-NAMELY, PERFORMING MAGIC TRICKS FOR CHILDREN AT BIRTHDAY PARTIES. FIRST USE: 19770816. FIRST USE IN COMMERCE: 19770816

IC 042. US 100. G & S: RESTAURANT SERVICES, INCLUDING CARRY-OUT. FIRST USE: 19770816. FIRST USE IN COMMERCE: 19770816 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 020103 |
| **Serial Number** | 73142593 |
| **Filing Date** | September 26, 1977 |
| **Registration Number** | 1116195 |
| **Registration Date** | April 3, 1979 |
| **Owner** | (REGISTRANT) BURGER KING CORPORATION CORPORATION FLORIDA P. O. BOX 520783 GENERAL MAIL FACILITY MIAMI FLORIDA 33152 |

EXHIBIT
G

(LAST LISTED OWNER) BURGER KING BRANDS, INC. CORPORATION
ASSIGNEE OF DELAWARE 818 WASHINGTON STREET WILMINGTON
DELAWARE 19801

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 0955419;0955425;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19990628 |
| **Live/Dead Indicator** | **LIVE** |



UNITED STATES PATENT AND TRADEMARK OFFICE

**Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Sep 19 04:31:28 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ]   OR   Jump | to record: [        ]    **Record 26 out of 35**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

# Make it special, make it Burger King

| | |
|---|---|
| **Word Mark** | MAKE IT SPECIAL, MAKE IT **BURGER KING** |
| **Goods and Services** | IC 042. US 100. G & S: Restaurant Services. FIRST USE: 19790701. FIRST USE IN COMMERCE: 19790701 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73248944 |
| **Filing Date** | February 4, 1980 |
| **Published for Opposition** | May 19, 1981 |
| **Registration Number** | 1165059 |
| **Registration Date** | August 11, 1981 |
| **Owner** | (REGISTRANT) Burger King Corporation CORPORATION FLORIDA General Mail Facility, P.O. Box 520783 Miami FLORIDA 33152 |
| | (LAST LISTED OWNER) BURGER KING BRANDS, INC. CORPORATION BY ASSIGNMENT DELAWARE 17777 OLD CUTLER ROAD MIAMI FLORIDA 33157 |



EXHIBIT
H

TESS - Document Display

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 0722375;0869775;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20011025. |
| **Renewal** | 1ST RENEWAL 20011025 |
| **Live/Dead Indicator** | **LIVE** |

PTO HOME  TRADEMARK  TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSER DICT  TOP  HELP  PREV LIST

CURR LIST  NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC



UNITED STATES PATENT AND TRADEMARK OFFICE

**Trademark Electronic Search System (TESS)**

*TESS was last updated on Sat Sep 21 04:10:50 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout**  Please logout when you are done to release system resources allocated for you.

**Start** | **List At:** [        ] **OR** **Jump** | **to record:** [        ]   **Record 28 out of 49**

**Check Status**  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | BURGER KING KIDS CLUB |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: children's activity books, magazines, pamphlets, brochures and newsletters featuring cartoons, general information tips, promotional materials, contests and discount coupons; calendars, postcards, paper napkins, paper party hats and printed invitations. FIRST USE: 19920923. FIRST USE IN COMMERCE: 19921015 |
| | IC 025. US 022 039. G & S: T-shirts. FIRST USE: 19920923. FIRST USE IN COMMERCE: 19921015 |
| | IC 028. US 022 023 038 050. G & S: party favors in the nature of small toys; dolls, toy vehicles, puppets, stuffed toys, wind-up toys, toy action figures, play figures, inflatable bath toys, water squirting toys, toy boxes, soccer balls, inflatable toy balls and magic tricks. FIRST USE: 19920923. FIRST USE IN COMMERCE: 19921015 |
| | IC 042. US 100 101. G & S: restaurant services. FIRST USE: 19920923. FIRST USE IN COMMERCE: 19921015 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search** | |

| | |
|---|---|
| **Code** | 080501 |
| **Serial Number** | 74663957 |
| **Filing Date** | April 17, 1995 |
| **Published for Opposition** | July 9, 1996 |
| **Registration Number** | 2004052 |
| **Registration Date** | October 1, 1996 |
| **Owner** | (REGISTRANT) BURGER KING BRANDS, Inc. CORPORATION DELAWARE 818 Washington Street Wilmington DELAWARE 19801 |
| **Attorney of Record** | Leslie Sharman |
| **Prior Registrations** | 1146721;1802390 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "KIDS CLUB" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME  TRADEMARK  TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  TOP  HELP  PREV LIST
CURR LIST  NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

Search VeriSign whois records in the whois section of netsol.com                                    Page 1 of 2



| HOME | DOMAIN NAMES | WEB SITES | SECURITY | OTHER SERVICES | ACCOUNT MANAGER | RENEW SERVICES | | VIEW ORDER | WH |

▶ **WHOIS Search Results**

FA(

What is a Hanc
a Handle recor

What is a Host
host record?

```
Domain Name.......... burgerking.com
   Creation Date........ 1994-11-14
   Registration Date.... 2002-01-23
   Expiry Date.......... 2004-11-13
   Organisation Name.... Burger King Brands, Inc.
   Organisation Address. 17777 Old Cutler Road
   Organisation Address.
   Organisation Address.
   Organisation Address. Miami
   Organisation Address. 33157
   Organisation Address. FL
   Organisation Address. UNITED STATES

Admin Name.......... Marlene Gordon
   Admin Address........ Burger King Brands, Inc.
   Admin Address........ 17777 Old Cutler Road
   Admin Address........ Miami
   Admin Address........ 33157
   Admin Address........ FL
   Admin Address........ UNITED STATES
   Admin Email.......... dnsadmin@whopper.com
   Admin Phone.......... +305 378 7482
   Admin Fax............ +305 378 7230

Tech Name............ Lorna Gradden
   Tech Address......... Elysium House
   Tech Address.........
   Tech Address........ 126-128 New Kings Road
   Tech Address........ SW6 4LZ
   Tech Address........ London
   Tech Address......... UNITED KINGDOM
   Tech Email........... domains@NETSEARCHERS.CO.UK
   Tech Phone.......... +44(0)2075654090
   Tech Fax............. +44(0)2075654099
   Name Server.......... NS1.VI.NET
   Name Server.......... NS2.VI.NET
```

The domain na
has expired ac
the WHOIS rec
can't I register



The previous information has been obtained either directly from the
registrant or a registrar of the domain name other than VeriSign.
VeriSign, therefore, does not guarantee its accuracy or completeness.

**Search Our WHOIS Records**

e.g. netsol.com

[            ]          [ GO! ]



EXHIBIT

Internet Names Worldwide - domain name search and whois lookup.                    Page 1 of 1



REGISTER  WHOIS  MANAGE  HELP CENTRE  POLICIES  JOIN US  LOGIN  PRESS ROOM  CONTACTS  ABOUT US

Home » WhoIs » Domain Owner Check

## Domain Owner Check

To view current registration and ownership details please enter the domain name in the inspection box, select the correct extension and click on the *WhoIs* button.

### Enter the domain name you wish to inspect

| Domain name | Extension | Encoding | |
|---|---|---|---|
| burgerking | .com | | WhoIs |

WhoIs Result For burgerking.com @ whois.melbourneit.com

| | |
|---|---|
| **Domain Name** | burgerking.com |
| **Creation Date** | 1994-11-14 |
| **Registration Date** | 2002-01-23 |
| **Expiry Date** | 2004-11-13 |
| **Organisation Name** | Burger King Brands, Inc. |
| **Organisation Address** | 17777 Old Cutler Road |
| | Miami |
| | 33157 |
| | FL |
| | UNITED STATES |
| **Admin Name** | Marlene Gordon |
| **Admin Address** | Burger King Brands, Inc. |
| | 17777 Old Cutler Road |
| | Miami |
| | 33157 |
| | FL |
| | UNITED STATES |
| **Admin Email** | dnsadmin@whopper.com |
| **Admin Phone** | +305 378 7482 |
| **Admin Fax** | +305 378 7230 |
| **Tech Name** | Lorna Gradden |
| **Tech Address** | Elysium House |
| | _ |
| | 126-128 New Kings Road |
| | SW6 4LZ |
| | London |
| | UNITED KINGDOM |
| **Tech Email** | domains@NETSEARCHERS.CO.UK |
| **Tech Phone** | +44(0)2075654090 |
| **Tech Fax** | +44(0)2075654099 |
| **Name Server** | NS1.VI.NET |
| | NS2.VI.NET |

Visit our other sites:

| Corporate Information | Go |

© 2000 Melbourne IT Ltd
View our Privacy Policy

http://whois.melbourneit.com/index.php3?whois=burgerking&extension=com&mlcomlang...   9/23/2002

Search VeriSign whois records in the whois section of netsol.com                          Page 1 of 2



| HOME | DOMAIN NAMES | WEB SITES | SECURITY | OTHER SERVICES | ACCOUNT MANAGER | RENEW SERVICES | | VIEW ORDER | WHI |

## ▶ WHOIS Search Results

FAC

What is a Hand
a Handle recor

What is a Host
host record?

The domain na
has expired ac
the WHOIS rec
can't I register

The data contained in Go Daddy Software, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose, including, but not
limited to, allowing or making possible dissemination or
collection of this data in part or in its entirety for any
purpose, such as the transmission of unsolicited advertising and
solicitations, is expressly forbidden without the prior written
permission of Go Daddy Software, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.

Registrant:
    Steven Newman

    Registered through: Go Daddy Software (http://www.godaddy.com)
    Domain Name: WWWBURGERKING.COM

    Domain servers in listed order:
        PARK3.SECURESERVER.NET
        PARK4.SECURESERVER.NET

The previous information has been obtained either directly from the
registrant or a registrar of the domain name other than VeriSign.
VeriSign, therefore, does not guarantee its accuracy or completeness.

LET US
YOUR W

Transfer
Domain
IT'S E

Regis
Domain I
1 YEAR
included in a 3 ye

### Search Our WHOIS Records

e.g. netsol.com

[                    ]        [ GO! ]

**Search WHOIS by:**
( ● ) **Domain name**           ( ○ )  **NIC handle**

**Learn More** about using WHOIS

### ⬚ **Get the Name You Want**

**Is the name you want
registered? Check to see if it's for sale
on our GreatDomains.com listing of
names for resale. Click here to view**

**More Ways to use our Site**

⬚ Brainstorm a name **using
keywords.**



Go Daddy Software: WHOIS Database Search
Page 1 of 2

 COOL NAME. HOT PRICES!   

| HOME | GET A DOMAIN NAME | HOST YOUR WEB SITE | GET AN EMAIL ACCOUNT | CREATE YOUR OWN WEB SITE | PURCHASE STOCK PHOTOGRAPHY | NEW! PREPARE YOU TAXES ONLINE - F |

MY ACCOUNT    FAQ    24x7 CUSTOMER SUPPORT    TELL A FRIEND    RESELLER PROGRAM    COMPANY INFO

## WHOIS Database Search

Please enter a domain name you would like to check.

| WWWBURGERKING | COM ▾ | SEARCH |

## WWWBURGERKING.COM WHOIS Results

The data contained in Go Daddy Software, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose, including, but not
limited to, allowing or making possible dissemination or
collection of this data in part or in its entirety for any
purpose, such as the transmission of unsolicited advertising and
solicitations, is expressly forbidden without the prior written
permission of Go Daddy Software, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.
Registrant:
    Steven Newman
    6215 Cheena
    Houston, Texas 77096
    United States
    Registered through: Go Daddy Software (http://www.godaddy.com)
    Domain Name: WWWBURGERKING.COM
        Created on: 27-Aug-02
        Expires on: 27-Aug-03
        Last Updated on: 27-Aug-02
    Administrative Contact:
        Newman, Steven  snewman@buyforcharity.com
        6215 Cheena
        Houston, Texas 77096
        United States
        (713) 772-3907
    Technical Contact:
        Newman, Steven  snewman@buyforcharity.com
        6215 Cheena
        Houston, Texas 77096
        United States
        (713) 772-3907      Fax -- (713) 981-4035
    Domain servers in listed order:
        PARK3.SECURESERVER.NET
        PARK4.SECURESERVER.NET

Home  |  Catalog  |  Shopping Cart  |  Account Info  |  Customer Login  |  FAQ  |  Support  |  Reseller Program  |
Company Info  |  President's Page  |  Legal Agreements

Copyright © 2002 Go Daddy Software, Inc. All rights reserved.

"steven newman" <snewman@buyforcharity.com> on 08/28/2002 07:11:11 PM

Please respond to <snewman@buyforcharity.com>

To:      <dnsadmin@whopper.com>
cc:

Subject:    Burger King Domain Name

Hello,
I recently acquired the domain name wwwburgerking.com and was wondering if
you guys were interested in purchasing it before we sold it to one of your
competitors. Please feel free to call me at 713-772-3907 to discuss this.
I would be open to even trade you for the domain name. Please let me know.

Thank You,

Steven Newman



# Collier Shannon Scott

**Collier Shannon Scott, PLLC**
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
202.342.8400 TEL
202.342.8451 FAX

James M. Pacious
Associate
202.342.8497
JPacious@colliershannon.com

September 6, 2002

**VIA E-MAIL AND CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Mr. Steven Newman
6215 Cheena
Houston, Texas 77096

### Re: WWWBURGERKING.COM

Dear Mr. Newman:

On behalf of Burger King Brands, Inc. ("Burger King"), we are writing in response to your e-mail dated August 28, 2002 regarding your unauthorized registration of the "WWWBURGERKING.COM" domain name.

Burger King has been using the "BURGER KING" trademark since at least 1957 and has over thirty (30) registered trademarks that include the term "BURGER KING." Burger King has invested substantial resources in its registration and use of the "BURGER KING" trademark and has developed substantial goodwill associated with this mark. The "BURGER KING" trademark and the goodwill associated therewith are extremely valuable assets of Burger King. In view of its longstanding and continuous use of the "BURGER KING" trademark, Burger King has exclusive rights to use the mark in commerce in association with any goods or services that would be likely to cause confusion relative to Burger King's activities. The "WWWBURGERKING.COM" domain name is identical to our mark and you have no legitimate interest in the "BURGER KING" mark.

The Anti-Cybersquatting Consumer Protection Act ("ACPA") makes it unlawful to register, traffic, or use an infringing domain name or a domain name that causes dilution of a famous trademark. Both the ACPA and the ICANN Uniform Domain Name Dispute Resolution Policy require the transfer of domain names that infringe upon the trademark rights of others. In addition, the ACPA provides statutory damages of up to $100,000 for the registration of such domain names.

The ACPA applies when a domain name is registered and used with the bad faith intent to profit from the trademark. In determining bad faith, courts look at a number of factors. At least two of the specific factors are present here: (1) as evidenced by your prior e-mail, you have attempted to sell the domain name to the trademark owner; and (2) the trademark used in



EXHIBIT

Page 2                                              Collier Shannon Scott

the domain name is distinctive and famous. Clearly, your offers to sell the domain name to
Burger King is evidence of your bad faith intent to profit from this registration. *See, e.g.*
*Virtual Works, Inc. v. Volkswagen of America, Inc.*, 238 F.3d 264 (4th Cir. 2001); *Eurotech,
Inc. v. Cosmos European Travels Aktiengesellschaft*, 2002 U.S. Dist. LEXIS 13615 (E. Va.
2002); *Shields v. Zuccarini*, 254 F.3d 476 (3rd Cir. 2001).

On behalf of Burger King, we demand that you immediately transfer to Burger King the
registered domain name "WWWBURGERKING.COM." Attempts to sell or transfer the
domain name to another person or entity will not avoid your liability under the ACPA. This
demand is made with full reservation of Burger King's rights.

Please advise us within seven (7) days of the date of this letter of your intentions
regarding the "WWWBURGERKING.COM" domain name.

If you have any questions or concerns, please do not hesitate to contact me.


Best regards,


                                        Sincerely,


                                        PATRICK J. COYNE
                                        JAMES M. PACIOUS

"steven newman" <snewman@buyforcharity.com> on 09/12/2002 03:20:41 PM

Please respond to <snewman@buyforcharity.com>

To:      <dnsadmin@whopper.com>, <esantovenia@whopper.com>,
         <jdasburg@whopper.com>, <cclouser@whopper.com>,
         <bhirst@whopper.com>, <rsilva@whopper.com>, <pnovak@whopper.com>,
         <bnussbaum@whopper.com>
cc:

Subject:   Domain Name wwwburgerking.com

To whom this may concern,

I am writing this letter to let you know that I have been contacted by
youɪ legal team in regards to the domain name wwwburgerking.com. The
reason why i am contacting you and not your legal team is because they get
paid hourly probably between $250-$500 per hour. I am NOT going to give
you this domain name. It will cost you more in legal fees at even $250 per
hour than what I would like to be paid for this domain name. I am asking
for $500 dollars or $1250 in Burger King gift certificates. This is the
cheapest way out of this current situation. I think it is very fair and I
would like this resolved as soon as possible. If you have any questions,
please let me know.

Thank You,

Steven Newman



JS 44
(Rev. 11/95)

# CIVIL COVER SHEET

02-28222

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
BURGER KING BRANDS, INC.

**DEFENDANTS**
STEVEN NEWMAN

CIV-GRAHAM

MAGISTRATE

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  *Miami-Dade*
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
MICHAEL D. JOBLOVE   (Bar # 354147)   (305) 349-2300
GENOVESE JOBLOVE & BATTISTA
100 S.E. Second Street, 36th Floor
Miami, Florida  33131

ATTORNEYS (IF KNOWN)

## I. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

*Dade: 02 CV 23222 DLG, BLG*

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC/ Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☒ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Other Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

15 USC §§ 1114 and 1125 — Action for dilution of domain name and trademark

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE  N/A

DOCKET NUMBER

DATE  11/1/02

SIGNATURE OF ATTORNEY OF RECORD

$150.00   871842

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE  11/01/02